**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RICHARD GILLIAM,**                                                                          **PLAINTIFF**
**#209415**

**4:19CV00704-BRW-JTK**

**DUSTIN DEVORE, et al.**                                                              **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations (Doc. No. 27) from United

States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and

recommendations, and the timely objections received thereto, as well as a *de novo* review of the

record, I adopt them in their entirety.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. No. 26) is DENIED.

IT IS SO ORDERED this 21st day of February, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE