# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICHARD GILLIAM,     PLAINTIFF
#209415

v.     4:19CV00704-BRW-JTK

DUSTIN DEVORE, et al.     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 32) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 7th day of October, 2020.

             Billy Roy Wilson
             UNITED STATES DISTRICT JUDGE