IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM,                                                  PLAINTIFF
#209415

v.                         4:19CV00704-BRW-JTK

DUSTIN DEVORE, et al.                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 7th day of October, 2020.


                                          Billy Roy Wilson_____
                                          UNITED STATES DISTRICT JUDGE